Dismissed and Memorandum Opinion filed March 24, 2011.

 

 

In The

                                                                                                         

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00129-CV

____________

 

SECURITY NATIONAL INSURANCE COMPANY, Appellant

 

V.

 

WALOON INVESTMENT, INC. D/B/A RAMADA LIMITED, Appellee

 



 

On Appeal from the 55th District Court

Harris County, Texas

Trial Court Cause No. 2009-14857

 



 

M E M O R
A N D U M  O P I N I O N

Appellant has informed this court no appeal was taken in this
case.  Appellant’s notice of appeal was filed in Trial Court Cause No.
2009-14857A, Appeal No. 14-11-00130-CV.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Anderson, Seymore, and McCally.